In the Matter of ROBERT J. FRANCISCO, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al.,

Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act, transferred to this court by order of the Supreme Court, Westchester County, to annul a determination of the State Liquor Authority, which determination is a refusal of a retail liquor license to petitioner. Determination of the State Liquor Authority unanimously confirmed and proceeding dismissed, with $50 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.